IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHON QUEVEDO FLOWERS, ) | |
| ID # 652860, ) | |
| Petitioner, ) | |
| vs. ) | No. 3:09-CV-1177-K |
| ) | |
| NATHANIEL QUARTERMAN, ) | |
| Director, Texas Department of ) | |
| Criminal Justice, Correctional ) | |
| Institutions Division, ) | |
| Respondent. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and petitioner's objections filed on August 6, 2009, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Petitioner's Objections filed on August 6, 2009, are **OVERRULED.**

SO ORDERED

SIGNED this 7th day of August, 2009.

*Ed Kinkeade*
ED KINKEADE
**UNITED STATES DISTRICT JUDGE**